UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENNIS S. LINDLEY,           )
                             )
         Plaintiff,          )
                             )
     v.                      )    NO. 3:10-1108
                             )    Judge Sharp/Bryant/Brown
HOMEWARD RESIDENTIAL, INC.,  )
                             )
         Defendant.          )

## O R D E R

The settlement agreement the Magistrate Judge thought the parties had reached has apparently blown up. After a discussion with the parties on June 26, the Magistrate Judge had been cautiously optimistic that the parties could solve it and in his order concerning that telephone conference (Docket Entry No. 57) he directed the parties to advise him by July 12, 2013, whether they could still resolve the matter. If they could not the defendant was allowed to file a response to the plaintiff's motion to amend the complaint. The parties have not advised the Magistrate Judge that they are able to settle the case and, in fact, the defendant has filed a response in opposition to the plaintiff's motion to amend (Docket Entry No. 58).

Accordingly, it appears that absent the request of the parties there is nothing further that remains to be done by the undersigned and the matter of the amendment is before Magistrate Judge Bryant.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge