UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS S. LINDLEY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME MORTGAGE ) <br> SERVICING, INC., a Delaware ) <br> corporation, ) <br> ) <br> Defendant ) | No. 3:10-1108 <br> Judge Sharp/Bryant <br> **Jury Demand** |

### **O R D E R**

Plaintiff has filed his Motion to Amend Complaint (Docket Entry No. 53), which has been opposed as futile by Defendant (Docket Entry No. 58). Both parties in their motion papers refer to a Settlement Agreement executed by the parties on May 2, 2013.

The parties are hereby directed to file **under seal** no later than **Friday, March 21, 2014**, a copy of the Settlement Agreement.

It is so **ORDERED**.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge